No. 197. TEXAS & NEW ORLEANS RAILROAD CO. *v.* V. RIVERA S. EN C.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Harry McCall* for appellant. *Eberhard P. Deutsch* and *R. Emmett Kerrigan* for appellee.

No. 201. MCNAMARA ET AL. *v.* SALVATION ARMY, INC. Appeal from the Supreme Court of Kansas; and

No. 226. HART *v.* STATE OF WASHINGTON. *Per Curiam:* The appeals are dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *William Robert Koerner* for appellant in No. 226.